UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ALPHAS COMPANY, INC. **05 10851 DPW** ) <br> ) <br> *Plaintiff,* ) <br> ) <br> v. ) <br> ) <br> AGRICULTURAL EXPRESS OF AMERICA, INC. ) <br> d/b/a CLIPPER CONTROLLED LOGISTICS, ) <br> ) <br> *Defendant.* ) <br> ) | CIVIL ACTION <br> NO. |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT CLIPPER EXXPRESS COMPANY
f/k/a AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS
(Fed. R. Civ. P. 7.1)**

Defendant Clipper Exxpress Company, formerly known as Agricultural Express of America, Inc. d/b/a Clipper Controlled Logistics, states that it is a wholly owned subsidiary of Arkansas Best Corporation, a publicly held company.

CLIPPER EXXPRESS COMPANY f/k/a
AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS,

By its attorney,

April 27, 2005

_____
Wesley S. Chused, BBO # 083520
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\\000\Pld\003.doc

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, properly addressed to:

>Andrew J. Fay, Esq.
>Tobin, Sullivan, Fay & Grunebaum
>Wellesley Office Park
>60 William Street
>Wellesley, MA 02481
>Fax (781) 237-1101

_____
Wesley S. Chused