UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE ALPHAS COMPANY, INC., )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>AGRICULTURAL EXPRESS OF AMERICA, INC. )<br>d/b/a CLIPPER CONTROLLED LOGISTICS, )<br>)<br>*Defendant.* )<br>) | CIVIL ACTION<br>NO. 05-10851-DPW |

### MOTION TO ENLARGE TIME TO ANSWER

Defendant Clipper Exxpress Company, formerly known as Agricultural Express of America, Inc. d/b/a Clipper Controlled Logistics ("Clipper"), pursuant to Fed. R. Civ. P. 6(b), respectfully moves for an enlargement of time, from May 5, 2005 until May 20, 2005, in which to respond to the Complaint of the plaintiff, The Alphas Company, Inc., in this civil action.

As grounds for this motion, Defendant Clipper says that it has not yet been able to collect all its documents pertinent to the Plaintiff's claims and that Clipper's counsel, Wesley S. Chused, will be out of his office on prior commitments on May 4 and 5, and 10 – 15, 2005, and needs the additional time upon his return to the office on May 16, 2005 in order to properly prepare, file and serve Clipper's responsive pleading.

### Local Rule 7.1(A)(2) Certification

The undersigned counsel for Defendant Clipper certifies that he has conferred with Plaintiff's counsel in a good faith attempt to resolve or narrow the issue herein, and that the Plaintiff does not object to Defendant's requested extension of time..

L:\\000\Pld\003 .doc

WHEREFORE, Defendant Clipper Exxpress Company, formerly known as Agricultural Express of America, Inc. d/b/a Clipper Controlled Logistics, respectfully prays that the Court grant it an extension of time, until May 20, 2005, in which to file its responsive pleading in this action.

                              CLIPPER EXXPRESS COMPANY f/k/a
                              AGRICULTURAL EXPRESS OF AMERICA, INC.
                              d/b/a CLIPPER CONTROLLED LOGISTICS,

                              By its attorney,

May 3, 2005                       */s/ Wesley S. Chused*
                              Wesley S. Chused, BBO # 083520
                              LOONEY & GROSSMAN LLP
                              101 Arch Street
                              Boston, MA 02110
                              (617) 951-2800

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2005, I served a copy of the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing copies thereof, via first class mail, properly addressed to:

                              Andrew J. Fay, Esq.
                              Tobin, Sullivan, Fay & Grunebaum
                              Wellesley Office Park
                              60 William Street
                              Wellesley, MA 02481
                              Fax (781) 237-1101

                              */s/ Wesley S. Chused*
                              Wesley S. Chused