UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:1:05-cv-10851

THE ALPHAS COMPANY, INC.
    Plaintiff,
v.

AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS
    Defendant.

## JOINT MOTION TO CONTINUE
## SCHEDULING CONFERENCE

Plaintiff, The Alphas Company, Inc. and Defendant, Agricultural Express of America, Inc. d/b/a Clipper Controlled Logistics hereby move to continue the Scheduling Conference set for June 16, 1005 at 2:30 pm to August 4, 2005 at 3:00 pm.

The parties state as grounds for their Motion that Plaintiff has a scheduling conflict on that date and Defendant has agreed to continue the Scheduling Conference.

WHEREFORE, the parties request that this Court grant this Joint Motion to Amend the Tracking Order.

| | |
|---|---|
| Respectfully submitted, | Defendant |
| The Alphas Company | Agricultural Express of America, Inc. |
| By its attorney, | d/b/a Clipper Controlled Logistics |
| | By its attorney |
| s/Andrew J. Fay | |
| _____ | s/ Welsey S. Chused |
| Andrew J. Fay, Esq. (BBO #550058) | _____ |
| Tracy L. Davis (BBO #641440) | Wesley S. Chused, Esq. (BBO #083520) |
| TOBIN, SULLIVAN, FAY | LOONEY & GROSSMAN LLP |
| & GRUNEBUAM | 101 Arch Street |
| 60 William Street | Boston, MA 02110 |
| Wellesley, MA 02481 | 617-951-2800 |
| 781-237-0877 | |

Date: June 7, 2005