UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10851-DPW

THE ALPHAS COMPANY, INC.
      Plaintiff/Defendant-in-Counterclaim,
v.

AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS
      Defendant/Plaintiff-in-Counterclaim.


**PLAINTIFF/DEFENDANT-IN-COUNTERCLAIM'S ANSWER TO COUNTERCLAIM OF DEFENDANT/PLAINTIFF-IN-COUNTERCLAIM.**

Plaintiff/Defendant-in-Counterclaim, The Alphas Company, Inc. answers the counterclaim of Defendant/Plaintiff-in-Counterclaim as follows:

**PARTIES**

1.    The Plaintiff/Defendant-in-Counterclaim is without knowledge or information sufficient to admit or deny the allegations of Paragraph 1.

2.    The Plaintiff/Defendant-in-Counterclaim is without knowledge or information sufficient to admit or deny the allegations of Paragraph 2.

3.    The Plaintiff/Defendant-in-Counterclaim admits the allegations of Paragraph 3.

**JURISDICTION**

4.    The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 4.

**VENUE**

5. The Plaintiff/Defendant-in-Counterclaim admits the allegations of Paragraph 5.

6. The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 6.

7. The Plaintiff/Defendant-in-Counterclaim is without knowledge or information sufficient to admit or deny the allegations of Paragraph 7.

8. The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 8.

9. The Plaintiff/Defendant-in-Counterclaim admits it has not paid Clipper its claim and otherwise denies the allegations of Paragraph 9.

## COUNT I
## Breach of Contract

The Plaintiff/Defendant-in-Counterclaim repeats and re-alleges its responses to the allegations of Paragraphs 1 through 9 as if set forth fully herein.

10. The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 10.

11. The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 11.

12. The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 12.

## COUNT I
## Quantum Meruit

The Plaintiff/Defendant-in-Counterclaim repeats and re-alleges its responses to the allegations of Paragraphs 1 through 12 as if set forth fully herein.

13. The Plaintiff/Defendant-in-Counterclaim denies the allegations of

Paragraph 13.

      14.      The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 14.

      15.      The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 15.

      16.      The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 16.

## COUNT III
### Account Annexed

The Plaintiff/Defendant-in-Counterclaim repeats and re-alleges its responses to The allegations of Paragraphs 1 through 16 as if set forth fully herein.

      17.      The Plaintiff/Defendant-in-Counterclaim denies the allegations of Paragraph 17.

WHEREFORE, Plaintiff/Defendant-in-Counterclaim respectfully requests that the counterclaim of Defendant/Plaintiff-in-Counterclaim be dismissed with prejudice, that judgment be rendered in its favor and against Defendant/Plaintiff-in-Counterclaim, together with costs, fees, and such other and further relief as may be appropriate.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Defendant/Plaintiff-in-Counterclaim is estopped by its own conduct from recovering in this action.

### THIRD AFFIRMATIVE DEFENSE

Provisions of Defendant/Plaintiff-in-Counterclaim's contract and/or Defendant/Plaintiff-in-Counterclaim's conduct are illegal and/or violate public policy and Defendant/Plaintiff-in-Counterclaim's recovery is thereby barred.

### FOURTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim states that the cause of action alleged in the counterclaim of Defendant/Plaintiff-in-Counterclaim was not brought within the time specified in the applicable statutes of limitation and Defendant/Plaintiff-in-Counterclaim is therefore barred from recovery.

### FIFTH AFFIRMATIVE DEFENSE

Defendant/Plaintiff-in-Counterclaim has failed to perform as required by the contract and therefore is prohibited from enforcing the terms of the contract.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim entered into the agreement referred to in the Complaint as a result of false and/or fraudulent representations made by the Defendant/Plaintiff-in-Counterclaim upon which defendant relied in entering into the contract.

### SEVENTH AFFIRMATIVE DEFENSE

Defendant/Plaintiff-in-Counterclaim, by its conduct, has waived the right to enforce the terms of the agreement referred to in the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim limited its liability and Defendant/Plaintiff-in-Counterclaim's recovery is therefore barred.

### NINTH AFFIRMATIVE DEFENSE

Defendant/Plaintiff-in-Counterclaim failed to present a proper claim and Defendant/Plaintiff-in-Counterclaim's recovery is therefore barred.

### TENTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim states that Defendant/Plaintiff-in-Counterclaim's claim was not brought within the time specified in the applicable contract and the Defendant/Plaintiff-in-Counterclaim's recovery is therefore barred.

### ELEVENTH AFFIRMATIVE DEFENSE

The Defendant/Plaintiff-in-Counterclaim's damage or injury was caused by the Defendant/Plaintiff-in-Counterclaim's violation of law, statute or other regulation enacted to govern the conduct of the parties at the time and place of the alleged accident.

### TWELFTH AFFIRMATIVE DEFENSE

The harm, if any, suffered by the Defendant/Plaintiff-in-Counterclaim was caused by one for whose conduct the Plaintiff/Defendant-in-Counterclaim is not legally responsible and the Defendant/Plaintiff-in-Counterclaim's recovery is thereby barred.

### THIRTEENTH AFFIRMATIVE DEFENSE

This court lacks jurisdiction over Plaintiff/Defendant-in-Counterclaim.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Defendant/Plaintiff-in-Counterclaim failed to mitigate its damages, and it is therefore barred from recovery against the Plaintiff/Defendant-in-Counterclaim.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim states that the damages, if incurred, were due to the acts or faults of a third party, for which the third party defendant is not liable.

### SIXTEENTH AFFIRMATIVE DEFENSE

The Plaintiff/Defendant-in-Counterclaim states that the liability of the Plaintiff/Defendant-in-Counterclaim, if any, is limited.

WHEREFORE, Plaintiff/Defendant-in-Counterclaim respectfully requests that the counterclaim of the Defendant/Plaintiff-in-Counterclaim be dismissed with prejudice, that judgment be rendered in its favor and against Defendant/Plaintiff-in-Counterclaim, together with costs, fees, and such other and further relief as may be appropriate.

## JURY DEMAND

The Plaintiff/Defendant-in-Counterclaim, The Alphas Company, Inc., hereby demands a trial by jury as to all issues and claims so triable.

Respectfully submitted,
The Alphas Companies, Inc.
By its attorney,

s/ Andrew J. Fay
_____
Andrew J. Fay, Esquire (BBO #550058)
Tobin, Sullivan, Fay & Grunebaum
Wellesley Office Park
60 William Street
Wellesley, MA 02481
(781) 237-0877