UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE ALPHAS COMPANY, INC., )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>AGRICULTURAL EXPRESS OF AMERICA, INC. )<br>d/b/a CLIPPER CONTROLLED LOGISTICS, )<br>)<br>*Defendant.* )<br>) | CIVIL ACTION<br>NO. 05-10851-DPW |

**DEFENDANT'S CERTIFICATION PURSUANT**
**TO LOCAL RULE 16.1(D)(3)**

The defendant, Clipper Exxpress Company, formerly known as Agricultural Express of America, Inc. d/b/a Clipper Controlled Logistics ("Clipper"), and its counsel hereby certify in accordance with the provisions of Local Rule 16.1(D)(3) as follows:

Defendant Clipper and its counsel have conferred:

(a)  With a view to establishing a budget for the cost of conducting a full-course - and various alternative courses – of the litigation; and

(b)  To consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                CLIPPER EXXPRESS COMPANY f/k/a
                AGRICULTURAL EXPRESS OF AMERICA, INC.
                d/b/a CLIPPER CONTROLLED LOGISTICS,

                By:    */s/ Shaun M. McCaffrey*
                        Shaun M. McCaffrey, Corporate Attorney

                June 17, 2005

>*/s/ Wesley S. Chused*
> Wesley S. Chused, BBO # 083520
> Attorney for Clipper Exxpress Company
> LOONEY & GROSSMAN LLP
> 101 Arch Street
> Boston, MA 02110
> (617) 951-2800

June 22, 2005