UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10851-DPW

THE ALPHAS COMPANY, INC.
    Plaintiff/Defendant-in-Counterclaim,

v.

AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS
    Defendant/Plaintiff-in-Counterclaim.

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF, THE ALPHAS COMPANY, INC., PURSUANT TO LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, the plaintiff, The Alphas Company, Inc., states that there is no publicly held company that owns 10% or more of the stock of The Alphas Company, Inc.

Respectfully submitted,
The Alphas Companies, Inc.
By its attorney,

s/ Andrew J. Fay
_____
Andrew J. Fay, Esquire (BBO #550058)
Tracy L. Davis (BBO #641440)
Tobin, Sullivan, Fay & Grunebaum
Wellesley Office Park
60 William Street
Wellesley, MA 02481
(781) 237-0877