UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10851-DPW

THE ALPHAS COMPANY, INC.,
    Plaintiff,

v.

AGRICULTURAL EXPRESS OF AMERICA, INC.
d/b/a CLIPPER CONTROLLED LOGISTICS
    Defendant.

**PLAINTIFF'S CERTIFICATION PURSUANT
TO LOCAL RULE 16.1(D)(3)**

The plaintiff, The Alphas Company, Inc., and its counsel hereby certify in accordance with the provisions of Local Rule 16.1(D)(3) as follows:

Plaintiff and its counsel have conferred:

(a)     With a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)     To consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

THE ALPHAS COMPANY, INC.

By:     s/ John S. Alphas
        John S. Alphas, President

                                         <u>s/ Andrew J. Fay</u>
                                         Andrew J. Fay (BBO# 550058)
                                         Tracy L. Davis (BBO# 641440)
                                         TOBIN, SULLIVAN, FAY & GRUNEBAUM
                                         60 William Street
                                         Wellesley, MA 02481
                                         781-237-0877

Dated:  August 3, 2005