UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

THE ALPHAS COMPANY, INC., )
)
*Plaintiff,* )
)
v. )   CIVIL ACTION
)   NO. 05-10851-DPW
AGRICULTURAL EXPRESS OF AMERICA, INC. )
d/b/a CLIPPER CONTROLLED LOGISTICS, )
)
*Defendant.* )

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby stipulate that all claims of all parties in this action be dismissed with prejudice and without costs.

Respectfully submitted,

THE ALPHAS COMPANY, INC.         AGRICULTURAL EXPRESS OF
                                 AMERICA, INC. d/b/a CLIPPER,
                                 CONTROLLED LOGISTICS,

By its attorney,                 By its attorney,

_____  _____
Andrew J. Fay, BBO #550058       Wesley S. Chused, BBO #083520
TOBIN, SULLIVAN, FAY & GRUNEBAUM LOONEY & GROSSMAN LLP
Wellesley Office Park            101 Arch Street
60 William Street                Boston, MA 02110
Wellesley, MA 02481              (617) 951-2800
(781) 237-0877

Dated: May 1, 2006